IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-676-JLK**

**SENTRY INSURANCE COMPANY**,

      Plaintiff,

v.

**CENTRAL TRANSPORT INTERNATIONAL, INC.,**

      Defendant.

## ORDER

Kane, J.

      Plaintiff moves to remand to the County Court for the City and County of Denver. It cites no authority for the proposition that because state and federal courts have concurrent jurisdiction over the statutory claim removal is authorized. The reason it cites no such authority is because there is none. Although strictly construed, the removal statute is grounded on the idea that cases over which state and federal courts have concurrent jurisdiction are removable from state to federal courts.

      I am, however, in sympathy with Plaintiff's position because of the needless expense and delay to a simple $12,000.00 case brought about by removal. Accordingly,

      IT IS ORDERED that this case is expedited.

      IT IS FURTHER ORDERED that within 10 days the parties shall exchange all documents intended to be used at trial together with each providing a list of witnesses to be called to testify. The witness list shall include the addresses and telephone numbers of each

witness and a brief description of the testimony to be given by each such witness.

IT IS FURTHER ORDERED that the parties shall appear before the court for a Pretrial Conference on **April 17, 2007 at 11:00 a.m**. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

No answer has yet been filed in this case. Therefore,

IT IS FURTHER ORDERED that the allegations of the complaint are deemed denied and at issue.

IT IS FURTHER ORDERED that any and all motions must be filed not later than noon on April 16, 2007, and if any are filed, will be heard at the Pretrial Conference. The Motion to Remand (doc. #5), is DENIED.

Dated this 9th day of April, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court