IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-676-JLK**

**SENTRY INSURANCE COMPANY**,

        Plaintiff,

v.

**CENTRAL TRANSPORT INTERNATIONAL, INC.,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

Pursuant to the Stipulation for Dismissal With Prejudice filed in this matter on May 30, 2007, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

Dated this 31th day of May, 2007.

        BY THE COURT:

        *S/John L. Kane*
        Senior Judge, United States District Court